■ In the Matter of DONALD BENNETT, Petitioner, v MICHAEL J. BINTZ, as Superintendent of Riverview Correctional Facility, Respondent. [732 NYS2d 596] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

The Attorney General has advised this Court by letter that the determination at issue has been reversed and all references thereto have been expunged from petitioner's institutional record. Inasmuch as petitioner has received all of the relief to which he is entitled and is no longer aggrieved, the matter is dismissed as moot (*see, Matter of Witherspoon v Goord*, 243 AD2d 931).

Cardona, P. J., Mercure, Peters, Mugglin and Lahtinen, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.